JUMP TO DOCKET TABLE

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:26–cv–02317–SAG

| | |
|---|---|
| ABC IP, LLC et al v. Atlantic Firearms LLC et al | Date Filed: 06/09/2026 |
| Assigned to: Judge Stephanie A. Gallagher | Jury Demand: Plaintiff |
| Cause: 35:281 Remedy for Infringement of Patent/jurisdiction conferred 28:1338 | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**ABC IP, LLC**
*A Delaware Limited Liability Company*

represented by **Ahmed Jamal Davis**
Fish and Richardson PC
1000 Maine Ave, S.W., Suite 1000
Washington, DC 20024
12026266379
Fax: 12027832331
Email: davis@fr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rare Breed Triggers, Inc.**
*A Texas Corporation*

represented by **Ahmed Jamal Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RBTM LLC**
*A Wyoming Limited Liability Company*

represented by **Ahmed Jamal Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Firearms LLC**
*A Maryland Limited Liability Company*

represented by **Stephen J. Obermeier**
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
202–719–7465
Email: sobermeier@wiley.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blaine Bunting**
*An Individual Residing in Wicomico County*

represented by **Stephen J. Obermeier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2026 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* against All Defendants ( Filing fee $ 405 receipt number AMDDC–12811336.), filed by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Attachment Form AO 120 re Patents, # 14 Attachment Form AO 120 re Trademarks, # 15 Attachment Corp. Disclosure Statement – ABC, # 16 Attachment Corp. Disclosure Statement – RBTI, # 17 Attachment Corp. Disclosure Statement – RBTM, # 18 Summons Atlantic Firearms, # 19 Summons Blaine Bunting)(Davis, Ahmed) (Entered: 06/09/2026) |
| 06/12/2026 | Ï 2 | Summons Issued 21 days as to Atlantic Firearms LLC, Blaine Bunting.(kk5s, Deputy Clerk) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 3 | QC NOTICE: 1 Complaint,, filed by Rare Breed Triggers, Inc., RBTM LLC, ABC IP, LLC was filed incorrectly. *\*\*Local Rule 103.3 Disclosure Statements should be filed individually using the event "Local Rule 103.3 Disclosure Statement." Please file accordingly and add corporate parents, affiliates, and/or parties with financial interest when prompted by the system.* (kk5s, Deputy Clerk) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 4 | Report on Filing Patent (Attachments: # 1 Trademark Report)(kk5s, Deputy Clerk) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 5 | Local Rule 103.3 Disclosure Statement by ABC IP, LLC identifying Party with Financial Interest Leleux, LLC, Party with Financial Interest Lad, LLC, Party with Financial Interest AN 1861, LLC for ABC IP, LLC.(Davis, Ahmed) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 6 | Local Rule 103.3 Disclosure Statement by Rare Breed Triggers, Inc. (Davis, Ahmed) (Entered: 06/12/2026) |
| 06/12/2026 | Ï 7 | Local Rule 103.3 Disclosure Statement by RBTM LLC (Davis, Ahmed) (Entered: 06/12/2026) |
| 06/30/2026 | Ï 8 | SUMMONS Returned Executed by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc.. Atlantic Firearms LLC served on 6/15/2026, answer due 7/6/2026; Blaine Bunting served on 6/29/2026, answer due 7/20/2026.(Davis, Ahmed) (Entered: 06/30/2026) |
| 07/02/2026 | Ï 9 | NOTICE of Appearance by Stephen J. Obermeier on behalf of Atlantic Firearms LLC, Blaine Bunting (Obermeier, Stephen) (Entered: 07/02/2026) |
| 07/02/2026 | Ï 10 | STIPULATION *for Extension of Time (Joint)* by Atlantic Firearms LLC, Blaine Bunting(Obermeier, Stephen) (Entered: 07/02/2026) |
| 07/06/2026 | Ï 11 | MARGINAL ORDER re 10 Joint Stipulation for Extension of Time. Signed by Judge Stephanie A. Gallagher on 7/6/2026. (kk5s, Deputy Clerk) (Entered: 07/06/2026) |
| 07/13/2026 | Ï 12 | NOTICE by ABC IP, LLC, RBTM LLC, Rare Breed Triggers, Inc. *REGARDING MULTIDISTRICT LITIGATION FILING* (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6, # 7 Attachment 7, # 8 Attachment 8)(Davis, Ahmed) (Entered: 07/13/2026) |
| 07/24/2026 | Ï 13 | MDL Certified Transfer ORDER. Signed by Clerk of the Panel, Jessica D. Birnbaum on 7/22/2026. (kk5s, Deputy Clerk) (Entered: 07/24/2026) |

ABC IP, LLC et al v. Atlantic Firearms LLC et al ( 1:26–cv–02317–SAG )